FILED

08/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0326



ORIGINAL

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
### HELENA, MONTANA 59620-3003

Supreme Court No.
DA 23-0326

STATE OF MONTANA,

       Plaintiff and Appellee,

v.

       **GRANT OF EXTENSION**

ERIC BOUDETTE,

       Defendant and Appellant.

Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until September 27, 2023, to prepare, file, and serve the opening brief.

DATED this August 28, 2023

Bowen Greenwood
Clerk of the Supreme Court

c:    Eric Boudette, Austin Miles Knudsen, Kevin Downs